**Brenda BLEVINS, Respondent,**

v.

**Mark Steven BLEVINS, Appellant.**

**No. WD 43293.**

Missouri Court of Appeals,
Western District.

Feb. 19, 1991.

Mark S. Blevins, Eldon, pro se.

Brenda Blevins, Eldon, pro se.

Before NUGENT, P.J., ULRICH, J., and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM:

Respondent Mark Blevins appeals the entry of an order of protection entered on petitioner's verified petition under §§ 455.-010–455.085 R.S.Mo.1986. Affirmed.   Rule 84.16(b).